AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| Best Western International Incorporated | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  CV-22-00382-PHX-GMS |
| LABH Hospitality, Inc., | ) | |
| Bhavin Patel, and Manishaben Patel | ) | |
| *Defendants* | | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      02/06/2023      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   5/2/2023

**DEBRA LUCAS**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Incorporated, | **NO. CV-22-00382-PHX-GMS** |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| LABH Hospitality Incorporated, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $240,063.09, accruing pre-judgment interest at the rate of 1.5% per month, from January 1, 2022, until the date of the entry of this judgment, and accruing post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961(a) from the date of entry of this judgment until the judgment is paid in full.

Debra D. Lucas
District Court Executive/Clerk of Court

February 6, 2023

s/ C. Marr
By    Deputy Clerk

I hereby attest and certify on  5/2/2023
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy